No. 1374. DI MELIA *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John P. Brennan* for petitioner.

No. 1282. HOTTENSTEIN ET AL. *v.* YORK ICE MACHIN-ERY CORP. June 18, 1945. On consideration of the suggestion of a diminution .of the record and a motion for a writ of certiorari in that relation, the motion for certiorari is denied. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur Garfield Hays* and *George D. Hornstein* for petitioners. *Messrs. Robert H. Richards* and *Aaron Finger* for respondent.

No. 1294. JONES & LAUGHLIN STEEL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Alfred C. Kammer* and *John C. Bane, Jr.* for petitioner. *Assistant Solicitor General Cox, Mr. Alvin J. Rockwell, Misses Ruth Weyand* and *Ida Klaus* for respondent.

No. 1270. SPRIGGS *v.* STATE BOARD OF LAW EXAM-INERS. June 18, 1945. The application for a stay is denied. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

No. 1199. YOUNG *v.* SANFORD, WARDEN. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Louis David*